WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
LYNNE W. LAMPRECHT, OHIO STATE BAR NO. 0023904
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-9903
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

**AUG 1 4 2012**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>JESUS GUADALUPE SANCHEZ,<br>  a/k/a JOSE SALAZAR a/k/a "CHE,"<br>VICTOR RUIZ,<br>BENJAMINE L. VERTNER,<br>AMY MARIA CAVAZOS,<br>JACOB JAMES CLEVENGER,<br>RACHEL COBLENTZ,<br>KRISTOPHER CRAIG HENSLEY<br>  a/k/a CASEY ("K.C.") HENSLEY,<br>MICHAEL DENNIS MORRIS,<br>JOHNNY A. TAMBUNGA,<br>JOHNATHAN E. CHAPMAN,<br>JIM ALLEN LOVELAND,<br>MARIO MARTINEZ, JR.,<br>  and<br>DAWSON LEE MOORE,<br>          Defendants. | Case No.  CR-12-155-S-BLW<br><br>**SECOND SUPERSEDING<br>INDICTMENT**<br><br>21 U.S.C.  § 846<br>21 U.S.C.  § 841(a)(1) and (b)(1)(A), (B)<br>18 U.S.C.  § 2<br>18 U.S.C.  § 922(g)(1)<br>18 U.S.C.  § 922(k)<br>18 U.S.C.  § 924(c)(1) and (2)<br>18 U.S.C.  § 924(d)<br>28 U.S.C.  § 2461(c) |

**INDICTMENT - 1**

THE GRAND JURY CHARGES:

## COUNT ONE

**Conspiracy to Possess with Intent to Distribute Methamphetamine**
**21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)**

From at least as early as in or about November 2011, the exact date being unknown, and continuing up through and including on or about May 16, 2012, in Canyon, Payette and Washington Counties in the District of Idaho, and elsewhere, the defendants, JESUS GUADALUPE SANCHEZ a/k/a JOSE SALAZAR a/k/a "CHE," VICTOR RUIZ, BENJAMINE L. VERTNER, JACOB JAMES CLEVENGER, RACHEL COBLENTZ,  KRISTOPHER CRAIG HENSLEY a/k/a CASEY ("K.C.") HENSLEY,  MICHAEL DENNIS MORRIS, JOHNNY TAMBUNGA, JOHNATHAN E. CHAPMAN, JIM ALLEN LOVELAND, MARIO MARTINEZ, JR., DAWSON LEE MOORE, and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the grand jury to possess with intent to distribute 50 grams or more or actual methamphetamine, a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing the Schedule II controlled substance methamphetamine, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

**INDICTMENT - 2**

## COUNT TWO

### Possession with Intent to Distribute Methamphetamine
### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)
### 18 U.S.C. § 2

From on or about May 3, 2012, up through and including May 16, 2012, in Washington

County, in the District of Idaho, and elsewhere, the defendant, JESUS GUADALUPE

SANCHEZ a/k/a JOSE SALAZAR a/k/a "CHE," and other persons known and unknown to the

Grand Jury, did knowingly and intentionally possess with intent to distribute approximately three

pounds of a mixture and substance containing 50 grams or more of actual methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

### Possession with Intent to Distribute Methamphetamine
### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)
### 18 U.S.C. § 2

On or about May 14, 2012, in Washington and Payette Counties, in the District of Idaho,

the defendants, BENJAMINE L. VERTNER and KRISTOPHER CRAIG HENSLEY a/k/a

CASEY ("K.C.") HENSLEY, did knowingly and intentionally possess with intent to distribute

approximately 42.84 grams of a mixture and substance containing  5 grams or more of actual

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

**INDICTMENT - 3**

## COUNT FOUR

### Possession with Intent to Distribute Methamphetamine
### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)
### 18 U.S.C. § 2

On or about May 15, 2012, in Washington County, in the District of Idaho, the

defendants, BENJAMINE L. VERTNER and AMY MARIA CAVAZOS, did knowingly and

intentionally possess with intent to distribute 28.98 grams of a mixture and substance containing

at least 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States

Code, Section 2.

## COUNT FIVE

### Possession of Firearm in Furtherance of Drug Trafficking
### 18 U.S.C. § 924(c)(1) and (2)

From on or about February 8, 2012, up through and including on or about May 16, 2012,

in Washington County, in the District of Idaho, the defendant, JESUS GUADALUPE

SANCHEZ a/k/a JOSE SALAZAR a/k/a "CHE", in furtherance of drug trafficking crimes for

which he may be prosecuted in a court of the United States, namely, conspiracy to possess and

possession with intent to distribute a mixture and substance containing the Schedule II controlled

substance methamphetamine, violations of 21 U.S.C. §§846 and 841(a)(1), did knowingly and

intentionally possess three firearms, to wit:  a Llama 380 caliber semi automatic pistol, Serial

Number 789468 and ammunition; a Davis Industries 22 caliber Derringer pistol, Serial No.

INDICTMENT - 4

491605; and,  a Davis Industries 22 caliber Derringer pistol, Serial No. 241111; all in violation of

Title 18, United States Code, Section 924(c)(1) and (2) and Title 18, United States Code,

Section 2.

## COUNT SIX

### Unlawful Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about June 14, 2012, in Payette County, in the District of Idaho, the defendant,

JACOB JAMES CLEVENGER, a person having been convicted of a crime punishable for a term

of imprisonment exceeding one year, to wit: a felony conviction for Aggravated Assault in

Washington County, Idaho, on June 21, 2004; and, and a felony conviction for Possession of a

Controlled Substance in Washington County, Idaho, on December 27, 1999, did knowingly

possess in and affecting commerce, a firearm, to wit: a silver Beretta, Model 950 BS, 25 caliber

pistol, with an obliterated serial number, said firearm having been shipped and transported in

interstate or foreign commerce; all in violation of Title 18, United States Code, Section

922(g)(1).


## COUNT SEVEN

### Unlawful Possession of a Firearm
### 18 U.S.C. § 922(k)

On or about June 14, 2012, in Payette County, in the District of Idaho, the defendant,

JACOB JAMES CLEVENGER, did knowingly possess a firearm, to wit: a silver Beretta, Model

950 BS, 25 caliber pistol, which had the manufacturer's or importer's serial number obliterated,

and had been shipped or transported in interstate or foreign commerce, all in violation of

Title 18, United States Code, Section 922(k).

## FORFEITURE ALLEGATION

### Firearms Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts One and Five of this Indictment, the defendant, JESUS GUADALUPE SANCHEZ a/k/a JOSE SALAZAR a/k/a "CHE," shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms, and ammunition associated therewith, involved in the commission of the offense, including but not limited to the following:

1.  One (1) Llama 380 caliber semi automatic pistol, Serial Number 789468 and ammunition;

2.  One (1) Davis Industries 22 caliber Derringer pistol, Serial No. 491605;

3.  One (1) Davis Industries 22 caliber Derringer pistol, Serial No. 241111; and

4.  30 Hornaby 22 caliber bullets.

If the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)  Cannot be located upon the exercise of due diligence;

(b)  Has been transferred or sold to, or deposited with, a third party;

(c)  Has been placed beyond the jurisdiction of the court;

(d)  Has substantially diminished in value; or

(e)  Has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as

**INDICTMENT - 6**

incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

## FORFEITURE ALLEGATION

### Firearms Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts One and Six of this Indictment, the defendant, JACOB JAMES CLEVENGER, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in the commission of the offense, including but not limited to the following:  A silver Beretta, Model 950 BS, 25 caliber pistol, with an obliterated serial number.

If the above-described forfeitable property, as a result of any act or omission of the defendant:

      (a)     Cannot be located upon the exercise of due diligence;

      (b)     Has been transferred or sold to, or deposited with, a third party;

      (c)     Has been placed beyond the jurisdiction of the court;

      (d)     Has substantially diminished in value; or

      (e)     Has been commingled with other property which cannot be divided

without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

DATED this ___14___ day of August, 2012.

A TRUE BILL

/s/ [signature on reverse]

_____

Foreperson

WENDY J. OLSON
United States Attorney
By:

LYNNE W. LAMPRECHT
Assistant United States Attorney

**INDICTMENT - 8**