UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GUADALUPE SANCHEZ,<br>MICHAEL DENNIS MORRIS, and<br>JIM ALLEN LOVELAND,<br><br>Defendants. | Case No. 1:12-cr-00155-BLW<br><br>**SPECIAL VERDICT FORM** |

We the jury, find unanimously as follows:

Question 1: As to Count 1 of the Indictment, charging the defendant Jesus Guadalupe Sanchez with conspiracy to possess with intent to distribute methamphetamine, in violation of Section 841(a) and Section 846 of Title 21 of the United States Code, between in or about November 2011 and May 16, 2012, the defendant is:

___✓  12___                           _____
   Guilty                                Not Guilty

If you find the defendant Jesus Guadalupe Sanchez not guilty on Count 1, do not consider Question 2 below, and proceed to Question 3. If you find the defendant Jesus Guadalupe Sanchez guilty as charged in Count 1, proceed to Question 2 below.

**SPECIAL VERDICT FORM - 1**

Question 2: We, the Jury, having found the defendant Jesus Guadalupe Sanchez guilty of the offense charged in Count 1 of the indictment, further unanimously find that he conspired to possess with intent to distribute methamphetamine in the amount shown (place an X in the appropriate box or boxes):

A mixture or substance with a detectible amount of Methamphetamine –

    (i) Weighing 500 grams or more [ ]

    (ii) Weighing at least 50 grams but less than 500 grams [ ]

    (iii) Weighing less than 50 grams [ ]

Pure Methamphetamine–

    (i) Weighing 50 grams or more [X]

    (ii) Weighing at least 5 grams but less than 50 grams [ ]

    (iii) Weighing less than 5 grams [ ]

Question 3: As to Count 1 of the Indictment, charging the defendant Michael Dennis Morris with conspiracy to possess with intent to distribute methamphetamine, in violation of Section 841(a) and Section 846 of Title 21 of the United States Code, between in or about November 2011 and May 16, 2012, the defendant is:

✓ (12)
Guilty                      Not Guilty

If you find the defendant Michael Dennis Morris not guilty on Count 1, do not consider Question 4 below, and proceed to Question 5. If you find the defendant Michael Dennis Morris guilty as charged in Count 1, proceed to Question 4 below.

Question 4: We, the Jury, having found the defendant Michael Dennis Morris guilty of the offense charged in Count 1 of the indictment, further unanimously find that he conspired to possess with intent to distribute methamphetamine in the amount shown (place an X in the appropriate box or boxes):

A mixture or substance with a detectible amount of Methamphetamine –

    (i) Weighing 500 grams or more      [ ]

    (ii) Weighing at least 50 grams but less than 500 grams      [✓] 12

    (iii) Weighing less than 50 grams      [ ]

Pure Methamphetamine–

    (i) Weighing 50 grams or more      [ ]

    (ii) Weighing at least 5 grams but less than 50 grams      [ ]

    (iii) Weighing less than 5 grams      [ ]

Question 5: As to Count 1 of the Indictment, charging the defendant Jim Allen Loveland with conspiracy to possess with intent to distribute methamphetamine, in violation of Section 841(a) and Section 846 of Title 21 of the United States Code, between in or about November 2011 and May 16, 2012, the defendant is:



    ✓ (12)             _____
    Guilty                Not Guilty

If you find the defendant Jim Allen Loveland not guilty on Count 1, do not consider Question 6 below, and proceed to Question 7. If you find the defendant Jim Allen Loveland guilty as charged in Count 1, proceed to Question 6 below.

Question 6: We, the Jury, having found the defendant Jim Allen Loveland guilty of the offense charged in Count 1 of the indictment, further unanimously find that he conspired to possess with intent to distribute methamphetamine in the amount shown (place an X in the appropriate box or boxes):

A mixture or substance with a detectible amount of Methamphetamine –

    (i) Weighing 500 grams or more     [ ]

    (ii) Weighing at least 50 grams but less than 500 grams     [ ]

    (iii) Weighing less than 50 grams     [ ]

Pure Methamphetamine–

    (i) Weighing 50 grams or more     [✓] 12.

    (ii) Weighing at least 5 grams but less than 50 grams     [ ]

    (iii) Weighing less than 5 grams     [ ]

Question 7: As to Count 2 of the Indictment, charging the defendant Jesus Guadalupe Sanchez with possession with intent to distribute methamphetamine, in violation of Section 841(a)(1) of Title 21 of the United States Code, on or about May 3, 2012 through May 16, 2012, the defendant is:



    ✓ (12)                            _____
    Guilty                                 Not Guilty

If you find the defendant Jesus Guadalupe Sanchez not guilty on Count 2, do not consider Question 8 below, have your foreperson sign and date the Special Verdict Form, and notify the bailiff that you have reached a verdict. If you find the defendant Jesus Guadalupe Sanchez guilty as charged in Count 2, proceed to Question 8 below.

Question 8: We, the Jury, having found the defendant Jesus Guadalupe Sanchez guilty of the offense charged in Count 2 of the indictment, further unanimously find that he possessed with intent to distribute methamphetamine in the amount shown (place an X in the appropriate box or boxes):

A mixture or substance with a detectible amount of Methamphetamine –

    (i) Weighing 500 grams or more     [ ]

    (ii) Weighing at least 50 grams but less than 500 grams     [ ]

    (iii) Weighing less than 50 grams     [ ]

Pure Methamphetamine–

    (i) Weighing 50 grams or more     [X] (12)

    (ii) Weighing at least 5 grams but less than 50 grams     [ ]

    (iii) Weighing less than 5 grams     [ ]

Dated 1/22/2013     _____
    FOREPERSON