Jesus Guadalupe Sanchez
Reg. no. 72761-308
Federal Corrections Complex 2
P.O. Box 3850
Adelanto, CA 92301

pro se litigant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESUS GUADALUPE SANCHEZ,<br><br>    Defendant. | Case no.:1:12-cr-00155-BLW<br><br>NOTICE OF APPEAL |

Comes now Jesus Guadalupe Sanchez as a pro se litigant for his "Notice of Appeal" for the order entered by the District Court of Idaho denying defendant's motion to reconsider order modifying sentence entered on August 8, 2016.

DATED: 9-8-2016

Respectfully Submitted by:

*Sanchez Jesus*

Jesus Guadalupe Sanchez
(pro se)

# CERTIFICATE OF SERVICE

I Certify that a true and correct copy of the attached together with all attachments, exhibits, and supporting papers, were served by sent properly addressed envelope with first class postage duly paid, and hand delivered to the proper prison mail personnel, in accordance with <u>Houston v. Lack</u>, 487 U.S. 266, 270 (1988), to:

Clerk of the Court
U.S. District Court
James A. McClure Federal Building and Courthouse
550 W. Fort St., Suite 400
Boise, ID 83724

Dated and Executed this __8th__ day of __September__, 201_6_.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at Adelanto, California.

By: *Sanchez Jesus*