IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
BOISE DIVISION

| | | |
|---|---|---|
| JESUS GUADALUPE SANCHEZ,<br>Petitioner,<br><br>VS,<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | JUNE 10th, 2022<br><br>CASE NO. 1:12-CR-00155-001-BL<br><br>( PRO-SE ) |

## MOTION TO REDUCER SENTENCE UNDER
## FIRST STEP ACT OF 2018
## UPCOMING RETROACTIVITY
## TO ALL FEDERAL PRISONERS SENTENCE BEFORE THE ENACTMENT BECAME LAW

COMES NOW, Jesus Guadalupe Sanchez., the undersigned pro-se litigant, files this motion to reduce sentence under First Step Act of 2018 upcoming retroactivity to all Federal Prisoners Sentence before the enactment became Law.

Petitioner states that he believes he is applicable and is under First Step Act of 2018 for relief and qualifies to have a guideline change within this upcoming retroactive under FSA. The defendant Mr. Sanchez, was guilty to the crime: (OFFENSE CODE.....: 391  21:846 SEC 841-851 ATTEMP)(OFFENSE/CHARGE: 21:841(A) (1) AND CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE MENTHAMPHETAMINE;

21:841(A)(1)    POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)(SENTENCE IMPOSE/TIME SERVE...: 400))

Petitioner would request to know if the U.S. District Court can investigate if **Mr. Sanchez**, is under the First Step Act of 2018 that it applies to all who where sentence prior to sentencing of FSA enactment to the New Law that had or has already taken place in December 21, 2018.

Petitioner states that **Mr. Sanchez**, has been in the custody over **10 years now** and in the considering of any factors that have been brought forth in this motion, petitioner would respectfully insist that his claims under the FSA will go in-affect in the future and becoming retroactive. And apart from this District in other U.S. District Courts trough out the country have been releasing several federal prisoners out from the U.S. Federal Bureau of Prisons, after prisoners have been getting information that releases are commencing upon the request to the U.S. District Courts throughout America.

Petitioner would believe that his case would be applicable to the new change of guidelines and under the First Step Act of 2018 and the FSA enactment will go retroactive in the upcoming months, and if so the prisoner would request this court to reconsider and investigate weather eligibility is proper for a reduce Guideline Change and the possibility of reduce sentence with this motion introduce to this Court.

2.

Petitioner furthermore would state that he is not an attorney does not fudamentally understand the requirements to understand the **Law** and has only **read** and research little to understand updates in the F.C.I. Prison **Law Library** computer information under "**LEXIS LAW**", making the prisoner aware of th new issues pertaining directly to First Step Act of 2018 - Retroactive Under "CURRENT OBLIGATION NO: 010" FBOP INFORMATION: (OFFENSE CODE....: 391 21:846 SEC 841-851 ATTEMPT)(OFFENSE/CHARGE: 21:841(A)(1) AND CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHENTAMINE; 21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)(SENTENCE IMPOSE/TIME SERVE...: 400))), All seen Under F.O.B.P. SENTENCING MONITORING COMPUTATION DATA AS OF 1-24-2022. [[ **PLEASE SEE: ATTACHMENTS AS PROOF** ]]

Petitioner would make aware to the U.S. District Court of Boise Division, that the pro-se prisoner is not an attorney, and only understands that he is applicable to the **New Law**, and if this Court sees if applicable under the **(FSA) he would then respectfully request appointment of counsel under the discretion of this Court,** Under the Criminal Justice Act, Pursuant to 18 U.S.C. §3006A, by the prisoner. The prisoner Lengthly period of imprisonment, cannot afford and has no resources nor ability to obtain private counsel to assist him with preparation of a better motion for relief and or otherwise a rebuttal against the Government response. And the federal prisoner is a lay person untrained in the science of **Law,** therefore will be at an unjustly disadvantage if left on his own to

3.

file motion for relief under the FSA that is going in-affect in the upcoming future and becoming retroactive for all federal prisoners incarcerated. Appointment of counsel is respectfully requested under this motion. Additionally the prisoner feels that under the (CURRENT OBLIGATION NO: 010) FBOP INFORMATION: (OFFENSE CODE....: <u>391 21:846 SEC 841-851 ATTEMP)(OFFENSE CHARGE: 21:841(A)(1) AND CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE: 21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)(SENTENCE IMPOSE/TIME SERVE...: 400))</u>

So respectfully requested
Sworn Under Penalty Of Perjury Under 18 U.S.C. <u>§1746</u>
Signed on this <u>**9th**</u>, day of the Month of <u>**JUNE 2022**</u>

x <u>Sanchez Jesus        6/9/2022</u>
**JESUS GUADALUPE SANCHEZ.**, "Petitioner//<u>PRO-SE</u>"
Register no. <u>**72761-308**</u>

4.

# ATTACHMENTS

REGNO..: 72761-308 NAME: SANCHEZ, JESUS GUADALUP

```
FBI NO..........: 105862RD1         DATE OF BIRTH: 12-09-1986  AGE: 35
ARS1............: TRV/A-DES
UNIT............: JIM WELLS         QUARTERS.....: J02-226L
DETAINERS.......: YES               NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-25-2037

THE INMATE IS PROJECTED FOR RELEASE: 01-25-2038 VIA GCT REL

---------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION............: IDAHO
DOCKET NUMBER....................: 1:12-CR-00155-001-BL
JUDGE............................: WINMILL
DATE SENTENCED/PROBATION IMPOSED: 04-08-2013
DATE COMMITTED...................: 05-24-2013
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $200.00        $00.00           $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO    AMOUNT: $00.00

REMARKS.......: 1:12-CR-00155-001-BLW
```

---------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:841(A)(1) AND 846 CONSPIRACY TO POSSESS WITH INTENT TO
         DISTRIBUTE METHAMPHETAMINE; 21:841(A)(1) POSSESSION WITH
         INTENT TO DISTRIBUTE METHAMPHETAMINE

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   400 MONTHS
TERM OF SUPERVISION.............:     5 YEARS
NEW SENTENCE IMPOSED............:   360 MONTHS
BASIS FOR CHANGE................: USSG DRG QNTTY DCSN 11-01-2014
```

G0002      MORE PAGES TO FOLLOW . . .

REGNO..: 72761-308 NAME: SANCHEZ, JESUS GUADALUP


DATE OF OFFENSE................: 05-16-2012

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-08-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-27-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-08-2013
TOTAL TERM IN EFFECT............:  360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   30 YEARS
EARLIEST DATE OF OFFENSE........: 05-16-2012

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   07-04-2012    04-07-2013

TOTAL PRIOR CREDIT TIME.........: 278
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1620
TOTAL GCT EARNED................: 486
STATUTORY RELEASE DATE PROJECTED: 01-25-2038
ELDERLY OFFENDER TWO THIRDS DATE: 07-04-2032
EXPIRATION FULL TERM DATE.......: 07-03-2042
TIME SERVED.....................:      9 YEARS      6 MONTHS     21 DAYS
PERCENTAGE OF FULL TERM SERVED..:   31.8
PERCENT OF STATUTORY TERM SERVED:   37.3

PROJECTED SATISFACTION DATE.....: 01-25-2038
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 04-22-13: COMP ENTERED BY DSCC. JEE/D  01-27-16: REC'D ORDER
                REDUCING TIE FROM 400 MOS TO 360 MOS PURSUANT TO THE DGA 782.
                D/SPS. 4/8/20: FSA/GCT UPD D/JNW.


G0002        MORE PAGES TO FOLLOW . . .

# ATTACHMENTS
# EDUCATION

```
 TRVHH            *        INMATE EDUCATION DATA        *    05-09-2022
PAGE 001          *              TRANSCRIPT             *    14:01:41

REGISTER NO: 72761-308    NAME..: SANCHEZ              FUNC: PRT
FORMAT......: TRANSCRIPT  RSP OF: TRV-THREE RIVERS FCI
```

---------------------------- EDUCATION INFORMATION ----------------------------
```
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
TRV  ESL HAS    ENGLISH PROFICIENT       04-28-2015 1442  CURRENT
TRV  GED HAS    COMPLETED GED OR HS DIPLOMA 10-29-2021 1005 CURRENT
```

----------------------------- EDUCATION COURSES -------------------------------
```
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
TRV       SPANISH GED CLASS-COVID SCHED  01-29-2021 10-29-2021   P   W  I   300
TRV       SPANISH GED 9:30-11:00, M-F    07-15-2019 01-29-2021   C   W  I     0
TRV       INFECT. DISEASE PREVENT(HN 1)  07-09-2019 07-09-2019   P   C  P     1
VIM       CHALLENGE 2 CHANGE             01-31-2019 04-12-2019   P   C  P    10
VIM       M-F SP GED 1200-1330 RM D 1.5H 01-11-2019 04-24-2019   P   W  I   267
VIM       SPORTS INJURY WELLNESS CLASS   01-14-2019 02-18-2019   P   C  P    12
VIM       BEGINNERS ANATOMY CLASS        01-15-2019 02-22-2019   P   C  P    12
VIM       BEGINNERS DRUM CLASS           01-18-2019 02-22-2019   P   C  P     6
VIM       ACE ART OF COMMUNICATION       10-22-2018 12-27-2018   P   C  P    10
VIM       ACE BUSINESS CLASS             10-22-2018 12-10-2018   P   C  P    10
VIM       ACE TRUTH ABOUT DRUGS          10-24-2018 12-21-2018   P   C  P    10
VIM       ACE WORLD WAR II               10-25-2018 12-20-2018   P   C  P    10
VIM       M-F SP GED 1200-1330 RM D 1.5H 07-06-2018 01-10-2019   C   W  I     0
VIM       LEADERSHIP CLASS               08-30-2018 11-14-2018   P   C  P    12
VIM       PUBLIC SPEAKING CLASS          08-21-2018 11-07-2018   P   C  P    12
VIM       ACE PERSONAL GROWTH & DEVELOP  07-23-2018 09-27-2018   P   C  P     1
VIM       RPP FCC AIDS AWARENESS (C1)    07-05-2018 07-05-2018   P   C  P     1
VVM       SPGED2, 9:30 - 11:00 A.M., M-F 02-12-2015 06-01-2018   P   W  I  1110
VVM       CIRCLES CLASS                  02-22-2018 04-17-2018   P   C  P    16
VVM       MANAGING CHANGE ACE CLASS      10-05-2016 12-07-2016   P   C  P    10
VVM       ACE SPANISH GRAMMAR            10-06-2016 12-08-2016   P   C  P    10
VVM       CDL CLASS, TUE., 6:30 P.M.     10-03-2016 10-05-2016   P   C  P    10
VVM       LEGAL RESEARCH ACE CLASS       10-04-2016 10-04-2016   P   C  P    10
VVM       ASTRONOMY                      07-12-2016 09-13-2016   P   C  P    10
VVM       RESUME WRITING CLASS           07-11-2016 09-12-2016   P   C  P    10
VVM       PERSONAL FINANCE - SPANISH     02-16-2016 04-19-2016   P   C  P    10
VVM       NARCOTICS ANONYMOUS - SPANISH  01-04-2016 01-04-2016   P   C  P    12
VVM       TYPING, 1:30 - 3:00 PM, M-F    03-10-2015 05-15-2015   P   C  P    10
VVM       BASIC MATH SPANISH             03-10-2015 05-12-2015   P   C  P    10
VVM       ANGER MANAGEMENT (SPANISH)     03-09-2015 05-13-2015   P   C  P    10
VVM       PARENTING FROM A DISTANCE SPAN 03-11-2015 05-13-2015   P   C  P    10
VVM       ESL CLASS, 7:30-9:00 A.M., M-F 02-24-2015 04-28-2015   P   C  N    60
VVM       BEGINNERS BEADING CLASS        12-22-2013 01-26-2014   P   C  P     6
VVM       BEG LEATHER CLASS              12-21-2013 01-25-2014   P   C  P     6
VVM       RPP FCC AIDS AWARENESS (C1)    06-07-2013 06-07-2013   P   C  P     1
```

------------------------------ HIGH TEST SCORES -------------------------------
```
TEST        SUBTEST       SCORE     TEST DATE     TEST FACL   FORM     STATE
CASAS       LIST LEV B    228.0     03-10-2015    VVM         53
            LIST PLACE    217.0     02-24-2015    VVM          1

G0002     MORE PAGES TO FOLLOW . . .
```

REGISTER NO: 72761-308     NAME..: SANCHEZ                    FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: TRV-THREE RIVERS FCI

```
-------------------------------- HIGH TEST SCORES ------------------------------
TEST            SUBTEST        SCORE     TEST DATE     TEST FACL    FORM     STATE
CASAS           READ CERT      232.0     03-10-2015    VVM          523
                READ PLACE     225.0     02-24-2015.   VVM          1
SABE/2          MATH COMP       5.0      04-01-2014    VVM
                MATH CONC       6.9      04-01-2014    VVM
                READ COMP       5.0      04-01-2014    VVM
                VOCABULARY      9.1      04-01-2014    VVM
```

G0000      TRANSACTION SUCCESSFULLY COMPLETED

LEGAL MAIL!!

CERTIFIED MAIL

7020 3160 0001 6889 1958

JESUS GUADALUPE SANCHEZ., "Petitioner//PRO-SE"
REGISTER NO. 727661-308
U.S. FEDERAL BUREAU OF PRISONS
FEDERAL CORRECTIONAL INSTITUTION
UNIT JW-A., Cell #226
P.O. BOX 4200
THREE RIVERS, TEXAS 78071

Official Business



U.S. POSTAGE PAID
FCM LG ENV
THREE RIVERS, TX
78071
JUN 13, 22
AMOUNT
$0.00
R2306Y151775-04

UNITED STATES DISTRICT COURTHOUSE
OFFICE OF THE CLERK
JAMES A. McCLURE FEDERAL BUIDING
550 W. FORT STREET., SUITE 400
BOISE, IDAHO 83724