JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
CHRISTOPHER A. BOOKER, IDAHO STATE BAR NO. 7672
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS GUADALUPE SANCHEZ,<br><br>Defendant. | Case No. 1:12-cr-00155-BLW-001<br><br>**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER THE FIRST STEP ACT OF 2018** |

The United States of America, by and through Joshua D. Hurwit, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby files its opposition to Defendant's Motion to Reduce Sentence Under the First Step Act of 2018 (ECF No. 746).

## **DISCUSSION**

### I. **Retroactivity Under the First Step Act of 2018 Does Not Apply to Defendant.**

The First Step Act ("FSA") was enacted to reform various aspects of the criminal justice system. In relevant part, Section 404 of the FSA makes the Fair Sentencing Act of 2010 apply retroactively. First Step Act of 2018, Pub. L. No. 115-391, 132 Stat 5194 (2018).

GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER THE FIRST STEP ACT OF 2018 - 1

Under Section 404, a "covered offense" for which retroactivity applies is defined as "a violation of a Federal criminal statute, the statutory penalties for which were modified by section 2 or 3 of the Fair Sentencing Act." *Id.* Thus, this retroactivity specifically applies to offenses under Section 2 or 3 of the Fair Sentencing Act.

Section 2 of the Fair Sentencing Act established higher threshold quantities of cocaine-based substances for triggering statutory mandatory minimums. Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat 2372 (2010). Section 3 eliminated mandatory penalties for simple possession of crack. *Id.* Therefore, **retroactivity under Section 404 of the FSA only applies to cocaine offenses.**

In 2013, Defendant was convicted for both possession with intent to distribute methamphetamine, and conspiracy of the same crime. (Judgment of Jesus Guadalupe Sanchez, ECF No. 583.) Thus, Defendant's sentence is based entirely on methamphetamine-related offenses. Accordingly, his sentence is not eligible for retroactive relief under the FSA.

## CONCLUSION

For the reasons set forth above, the Court should deny Defendant's Motion. Retroactivity under the First Step Act does not apply to methamphetamine offenses.

Respectfully submitted this 5th day of July, 2022.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


*/s/ Christopher Booker*
CHRISTOPHER BOOKER
Assistant United States Attorney

GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER THE FIRST STEP ACT OF 2018 - 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2022, the foregoing **UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Jesus Guadalup Sanchez<br>Inmate No.72761-308<br>FCI Three Rivers<br>Federal Correctional Institution<br>P.O. Box 4200<br>Three Rivers, TX  78071 | ☒  United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☐ Email |

*/s/ Mackenzie Nyland*
Legal Assistant